Clement & Murphy
PLLC

May 8, 2026

**Via CM/ECF**

Ms. Molly C. Dwyer
Clerk of Court
U.S. Court of Appeals for the 9th Circuit
The James R. Browning Courthouse
95 7th St.
San Francisco, CA 94103

      Re:     *People of the State of California v. Exxon Mobil Corp.*, No. 25-1674

Dear Ms. Dwyer:

      The Supreme Court's recent decision in *Chevron USA Inc. v. Plaquemines Parish*, 2026 WL 1040461 (U.S. Apr. 17, 2026), strongly supports ExxonMobil's argument that federal-officer removal is appropriate here. *See* ExxonMobil.Br.45-59.

      In *Chevron*, Louisiana government entities sued Chevron and ExxonMobil for land loss allegedly caused by crude oil production activities. The defendants removed the suits to federal court, asserting that the challenged crude production activities related to Chevron's federal contracts to refine crude oil into aviation gasoline for the military during World War II ("WWII"). *Chevron*, 2026 WL 1040461, at *3. The Supreme Court held that removal was proper, explaining that "[t]he phrase 'relating to' sweeps broadly" and that "a removing defendant need not show that his federal duties specifically required or strictly caused the challenged conduct." *Id.* at *6.

      *Chevron* confirms that removal was appropriate here. The decision squarely rejects California's theory that ExxonMobil must demonstrate that the "challenged acts 'occurred because of what [ExxonMobil was] asked to do by the government.'" California.Br.24. *Compare* California.Br.23-26 (arguing that a "causal connection" is required), *with Chevron*, 2026 WL 1040461, at *6 (explicitly rejecting that requirement). Under *Chevron*, ExxonMobil need only point to a connection between California's claims and activities taken under federal direction that is "not 'tenuous, remote, or peripheral.'" *Chevron*, 2026 WL 1040461, at *6. As ExxonMobil has explained, it (like Chevron) had federal contracts to supply the United States military with critical war supplies during WWII. ExxonMobil.Br.48-50. As relevant here, ExxonMobil contracted to supply the federal government with synthetic rubber used to manufacture tires for military vehicles and other products used by the government in the war effort. *Id.* Some of those products made their way into California's natural environment and waterways, contributing to the harms that California alleges. ExxonMobil.Br.51-53; *see* ExxonMobil.Reply.21-26. Under *Chevron*,

---

706 Duke Street • Alexandria, VA 22314
202.742.8900 • www.clementmurphy.com

Ms. Molly C. Dwyer
May 8, 2026
Page 2 of 2

that connection between ExxonMobil's wartime activities under federal direction and California's claims suffices.

Finally, *Chevron* confirms that federal-officer removal exists to prevent efforts by state and local governments to sue companies in their own courts for actions taken to fulfill federal contracts. This case, like *Chevron*, belongs in federal court.

Respectfully submitted,

s/Paul D. Clement
PAUL D. CLEMENT
  *Counsel of Record*
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com

*Counsel for Defendants-Appellants*

cc:     All Counsel of Record (*via CM/ECF*)